IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| 7-ELEVEN, INC., *Plaintiff*, <br><br> v. <br><br> LAKSHMI MINI MART, LLC and NIRAV DESAI, *Defendants*. | CIVIL ACTION <br><br> NO. 25-2945 |
|---|---|

### ORDER STRIKING ANSWER ON BEHALF OF LAKSHMI MINI MART, LLC

**AND NOW** this 17th day of October, 2025, upon consideration of Defendant's Motion to Set Aside Default (ECF 19) and Plaintiff's Response (ECF 20), it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**.

2. The Clerk of Court shall **VACATE** the entry of default against Defendant Lakshmi Mini Mart, LLC.

3. Defendant Lakshmi Mini Mart, LLC, shall secure counsel, and respond to the Complaint through counsel, within **thirty (30) days** of the date of this Order.

No further extensions will be granted.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-2945 7-Eleven, Inc. v. Lakshmi Mini Mart, LLC et al\25cv2945 Order re Mot Set Aside Default.docx