**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **7-Eleven, Inc.**, <br> *Plaintiff,* <br><br>    **v.** <br><br> **Lakshmi Mini Mart LLC and Nirav A. Desai,** <br> *Defendants.* | **CIVIL ACTION** <br> **NO. 25-2945** |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT [ECF 41]

**AND NOW**, this 26th day of June, 2026, it is hereby **ORDERED** that the Motion for Summary Judgment [ECF 41] by Plaintiff 7-Eleven, Inc. is **GRANTED** on all counts as to liability and **DENIED** as to the specific amounts in damages that Plaintiff is claiming, for the reasons stated in the foregoing Memorandum Opinion.  The Court **ORDERS** as follows:

1. The Court will allow Defendants Lakshmi Mini Mart LLC and Nirav A. Desai ("Defendants") to present any evidence regarding disputes about the specific amounts Plaintiff is claiming in damages after the following:

2. The Parties shall have 30 days to conduct any additional investigation or discovery related to the damages amount requested, particularly as related to the amount Plaintiff is owed on the Equipment.

3. The Parties must file either a joint stipulation as to the agreed upon damages amount or separate briefs as to the appropriate damages resulting from Plaintiff's claims, not to exceed fifteen (15) pages double spaced, excluding exhibits, by **August 15, 2026**.

4. Plaintiff may file a separate Motion for Attorneys' Fees within twenty-one (21) days with supporting data. Defendants shall respond within twenty-one (21) days.

5. The Court will schedule a hearing on any disputed damages amount and attorney fee

amount in September.

**IT IS SO ORDERED**.

BY THE COURT:

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-2945 7-Eleven, Inc. v. Lakshmi Mini Mart, LLC et al\25-2945 Order re MSJ [ECF 41].docx